469 F.2d 1405
 Ideal Builders Hardware Company
v.
Stylecraft, Inc.***
 No. 72-2843
 United States Court of Appeals, Fifth Circuit
 Dec. 15, 1972
 
 1
 S.D.Tex.
 
 
 
 *
 Summary Calendar cases; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 cases: see N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966